JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISA WAGG, | CV 20-1102 PA (RAOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CINTAS CORP. NO. 3, | |
| Defendant. | |

Pursuant to the Court's November 13, 2020 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: November 13, 2020

                                                Percy Anderson
                                       UNITED STATES DISTRICT JUDGE